# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1621
Lower Tribunal No. 2019-CA-013819-O

_____

MICHAEL MONTAGNINO,

Appellant,

v.

ORANGE COUNTY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Paetra T. Brownlee, Judge.

March 19, 2024

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and SMITH and MIZE, JJ., concur.


Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellant.

Sarah P. L. Reiner, of GrayRobinson, P.A., Orlando, and Kristie Hatcher-Bolin, of GrayRobinson, P.A., Lakeland, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED